OPINION — AG — WHETHER OR NOT THE BOARD OF PRIVATE SCHOOLS MUST MEET TO DETERMINE IF A HEARING IS TO BE HELD WHEN A PRIVATE SCHOOL FAILS TO MAINTAIN A SURETY BOND AS REQUIRED BY 70 O.S. 1978 Supp., 21-106 [70-21-106], DEPENDS UPON THE PROCEDURAL RULES ADOPTED BY THE BOARD WHICH GOVERNS ITS GENERAL COURSE AND METHOD OF OPERATION. CITE: 70 O.S. 1971, 21-107 [70-21-107], 70 O.S. 1971, 21-108 [70-21-108], 70 O.S. 1978 Supp., 21-106(B) [70-21-106], 75 O.S. 1971, 302 [75-302] (ADMINISTRATIVE PROCEDURE ACT) (PATRICIA R. DEMPS)